IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE PORTIS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>BEN CURRY, Warden,<br><br>　　　　Respondent. | No. C 07-3666 WHA (PR)<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION** |

　　　Plaintiff's motion for an extension of time to oppose respondent's motion to dismiss (document number 5 on the docket) is **GRANTED**. The opposition shall be filed by November 12, 2007.

　　　**IT IS SO ORDERED.**

Dated: October  22 , 2007.

　　　　　　　　　　　　　　　　　　　　_(signature)_
　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\PORTIS3666.EXT-P.wpd