**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHNNIE PORTIS,

    Petitioner,

    v.

BEN CURRY, Warden,

    Respondent.
_____/

No. C 07-3666 WHA (PR)

**JUDGMENT**

    Pursuant to the court's order entered today, a judgment of dismissal without prejudice is hereby entered. Plaintiff shall receive no relief by way of his petition.

    **IT IS SO ORDERED.**

Dated: January 29, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\PORTIS3666.JUD.wpd